**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Matthew James DURY, Defendant–Appellant.**

**No. 16-6758, No. 16-6841**

United States Court of Appeals, Fourth Circuit.

Submitted: October 20, 2016

Decided: November 4, 2016

Matthew James Dury, Appellant Pro Se. Donald David Gast, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before SHEDD and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew James Dury appeals the district court's orders denying relief on his post-judgment motions to dismiss indictment, for a new trial and for recusal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Dury</u>, No. 1:08-cr-00016-MR-1 (W.D.N.C. May 13, 2016; June 7, 2016). We deny Dury's motion for default judgment and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED